UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GENERAL ORDER**
("B3" Cases)
June 27, 2022

**IT IS HEREBY ORDERED** by the Court en banc, that any order issued by a judge of this Court directing mandatory participation in settlement conferences in individual "B3" cases is hereby vacated. Rather than attempt settlement in individual cases, the Court, at the appropriate time, will convene negotiations aimed at potential resolution of all "B3" cases collectively. This order only applies to orders to set settlement conferences with the assigned magistrate judges. It does not excuse litigants from complying with any other order or instruction from the presiding judge.

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket this General Order in each and every B3 case.

New Orleans, Louisiana, this 27th day of June, 2022.

FOR THE EN BANC COURT:

_____
**NANNETTE JOLIVETTE BROWN**[1]
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

[1] Although Chief Judge Brown has recused herself from BP cases, this General Order is purely administrative and entered pursuant to a majority vote of the en banc Court.

1