UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES A. BOGGS,** | * | NO. 2:16-cv-13476 |
| Plaintiff | * | |
| | * | SECTION: E |
| **VERSUS** | * | |
| | * | JUDGE MORGAN |
| **BP EXPLORATION & PRODUCTION** | * | |
| **INC. and BP AMERICA PRODUCTION** | * | MAG. JUDGE WELLS ROBY |
| **COMPANY, et al.,** | * | |
| Defendants | * | |

### ORDER

Considering the foregoing Unopposed Motion for Extension of Time to File Rule 72(a) Objections;

**IT IS ORDERED** that the Unopposed Motion for Extension of Time to File Rule 72(a) Objections is **GRANTED**. Plaintiff will have until **August 26, 2022,** to file his Rule 72(a) objections.

New Orleans, Louisiana, this 11th day of August, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**