UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **CHARLES A. BOGGS,** | * | **NO. 2:16-cv-13476** |
| **Plaintiff,** | * | |
| | * | **SECTION: J** |
| **VERSUS** | * | |
| | * | **JUDGE MORGAN** |
| **BP EXPLORATION & PRODUCTION** | * | |
| **INC. and BP AMERICA PRODUCTION** | * | **MAG. JUDGE WELLS ROBY** |
| **COMPANY, et al.** | * | |
| **Defendants.** | * | |

## REQUEST FOR ORAL ARGUMENT

Plaintiff, Charles A. Boggs, through undersigned counsel, pursuant to Local Rule 78.1, respectfully requests oral argument on his Motion for Review of and/or Objections to Magistrate Judge's Report and Recommendation issued on July 28, 2022 ("**Motion for Review**"), which is set for submission before Honorable Susan Morgan, District Judge of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Suite C316, New Orleans, Louisiana 70130, on September 28, 2022, at 10:00 a.m. Pursuant to Local Rule 78.1, a party may request oral arguments within three days after receipt of an opposition memorandum to a motion. On September 20, 2022, Defendants filed their response to Plaintiff's Motion to Review[1]. Therefore, Plaintiff's request for oral arguments is timely.

Additionally, oral argument would provide an opportunity to both the Plaintiff and the Defendants to explain the legal and factual issues raised in Plaintiff's Motion for Review and will ultimately aid the Court's decision-making process.

---

[1] *See* Rec Doc. 101

WHEREFORE, the Plaintiff requests that this Court allow oral arguments on the Plaintiff's Motion for Review of and/or Objections to Magistrate Judge's Report and Recommendation.

Respectfully submitted,

**THE DOWNS LAW GROUP, P.A.**
*Attorney for Plaintiff*

 */s/ C. David Durkee*
**C. DAVID DURKEE,**
**FL BAR #998435**
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: ddurkee@downslawgroup.com

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served to all counsel of record registered to receive electronic service as attorneys of record in the Court's electronic filing system.

Dated this 23rd day of September 2022.

*/s/ C. David Durkee*
**C. David Durkee, Esq.**