# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES A. BOGGS,** | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO.: 16-cv-13476 |
| | * | |
| **VERSUS** | * | |
| | * | |
| **BP EXPLORATION & PRODUCTION INC., et al.,** | * | JUDGE SUSIE MORGAN |
| | * | |
| | * | MAGISTRATE JUDGE |
| DEFENDANTS | * | KAREN WELLS ROBY |
| | * | |
| Related to:   B3 PLEADING BUNDLE in MDL No. 2179 | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing;

**IT IS ORDERED** that Plaintiff's Motion to Voluntarily Dismiss Party is hereby **GRANTED**. The claims asserted by the Plaintiff against defendant Sperry Drilling Services are hereby dismissed, without prejudice, with each party to bear its own court costs.

**New Orleans, Louisiana, this 6th day of September, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**