MINUTE ENTRY
MORGAN, J.
January 19, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY HAMPTON,** | **CIVIL ACTION** |
|     Plaintiff | |
| | |
| **VERSUS** | **NO. 13-3929** |
| | |
| **BP EXPLORATION & PRODUCTION INC., ET AL.,** | **SECTION: "E" (5)** |
|     Defendants | |

*Related Case:*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES A. BOGGS,** | **CIVIL ACTION** |
|     Plaintiff | |
| | |
| **VERSUS** | **NO. 16-13476** |
| | |
| **BP EXPLORATION & PRODUCTION INC., ET AL.,** | **SECTION: "E" (4)** |
|     Defendants | |

*Related Case:*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TODD DUKE SPIVEY,** | **CIVIL ACTION** |
|     Plaintiff | |
| | |
| **VERSUS** | **NO. 18-12878** |
| | **c/w 23-1655** |
| | |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.,** | **SECTION: "E" (2)** |
|     Defendants | |

*Related Case:*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HUNG ANH NGUYEN,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  19-2092**<br>          **c/w 23-mc-143** |
| **BP EXPLORATION &**<br>**PRODUCTION, INC., ET AL.,**<br>    **Defendants** | **SECTION: "E" (4)** |

*Applies to: All Cases*

# MINUTE ENTRY

A telephone status conference was held on January 19, 2024, at 10:30 a.m., in the chambers of Judge Susie Morgan.

> Present:  Charles Durkee, Alexander Blume, and Angela Trawick, counsel for Plaintiffs, Jerry Hampton, Charles A. Boggs, Todd Duke Spivey, and Hung Anh Nguyen; Wade Howard, Devin Reid, and Vanessa Barsanti, counsel for Defendants, BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c.; Danielle Teutonico, counsel for Defendants, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Triton Asset Leasing GmbH, and Transocean, Ltd.; Travis Reed, counsel for Defendant, Halliburton Energy Service, Inc.; and Joanna Spellman, counsel for non-party, ChampionX, LLC.

The parties discussed the status of the cases.

The parties and the Court agreed to set these cases for trial in Q4 2024, with trial dates in this order from earliest to latest:

- *Boggs v. BP Exploration & Production Inc., et al.* (No. 16-13476);

- *Nguyen v. BP Exploration & Production, Inc., et al.* (No. 19-2092 c/w 23-mc-143);
- *Spivey v. BP Exploration & Production, Inc., et al.* (No. 18-12878 c/w 23-1655);
- *Hampton v. BP Exploration & Production, Inc., et al.* (No. 13-3929).

The Court's case manager will contact the parties to set a scheduling conference.

**New Orleans, Louisiana, this 19th day of January, 2024.**

                                            */s/ Susie Morgan*
                                       **SUSIE MORGAN**
                           **UNITED STATES DISTRICT JUDGE**

JS10 (0:14)