Case 2:16-cv-13476-SM-KWR    Document 206    Filed 10/17/24    Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES A. BOGGS,<br>    PLAINTIFF | * | |
| | * | CIVIL ACTION NO. 16-13476 |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION INC., *et al.*,<br>    DEFENDANTS | * | JUDGE MORGAN |
| | * | |
| | * | |
| Related to:  B3 PLEADING BUNDLE<br>in MDL No. 2179 | * | MAGISTRATE JUDGE ROBY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.'s Motion for Partial Summary Judgment to Dismiss Claims for Medical Conditions That Lack Expert Support,[1] and considering the agreement of the parties reached during this Court's October 15, 2024 telephone status conference;[2]

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Plaintiff's claims of leukemia, skin lesions, and kidney disease are hereby **DISMISSED WITH PREJUDICE**. All other claims asserted by Plaintiff against Defendants remain pending.

**New Orleans, Louisiana, this 17 day of October, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1]  R. Doc. 176. The motion is joined by Halliburton Energy Services, Inc. ("HESI"), Transocean Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Triton Asset Leasing GmbH (collectively the "Transocean Defendants").  Rec. Doc. 185.

[2]  R. Doc. 204 ("The parties agreed to the resolutions of the motions proposed by the Court.").