**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHARLES A. BOGGS,** <br> **PLAINTIFF,** <br><br> **VERSUS** <br><br> **BP EXPLORATION & PRODUCTION INC., et al.,** <br> **DEFENDANTS.** <br><br> **Related to: B3 PLEADING BUNDLE in MDL No. 2179** | * * * * * * * * * * * * * | **CIVIL ACTION NO. 16-13476** <br><br> **JUDGE MORGAN** <br><br> **MAGISTRATE JUDGE ROBY** |

* * * * * * * * * * * * * * * * * * * * *

**BP'S *DAUBERT* MOTION TO EXCLUDE THE EXPERT TESTIMONY OF PLAINTIFF'S EXPERT NAOMI ORESKES**

NOW INTO COURT, through undersigned counsel, come Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP"), to respectfully request that the Court exclude the opinions of Plaintiff's expert, Naomi Oreskes, for failing to meet the requisite standards of Federal Rule of Evidence 702.

As explained in the accompanying memorandum, Dr. Oreskes's opinion does not apply any scientific or technical expertise that would assist the trier of fact to assess the plaintiff's claims, and she cannot articulate any recognized methodology that she applied in forming her opinion. Each error independently warrants her exclusion under applicable Fifth Circuit precedent as unreliable and unhelpful.

WHEREFORE, BP respectfully requests that the Court grant its *Daubert* motion to exclude Dr. Oreskes's testimony.

Respectfully submitted,

*/s/ R. Keith Jarrett*

R. Keith Jarrett (Bar #16984)
Charles B. Wilmore (Bar #28812)
Devin Reid (Bar #32645)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Emails: rkjarrett@liskow.com
cbwilmore@liskow.com
dcreid@liskow.com

Wade T. Howard, T.A. (Bar #32041)
**LISKOW & LEWIS**
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Email: wthoward@liskow.com

and

A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth, P.C.
(rothm@kirkland.com)
Kristopher Ritter
(ritterk@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ R. Keith Jarrett*