# Exhibit A