**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHARLES A. BOGGS,** | * | |
| | * | |
| **PLAINTIFF,** | * | **CIVIL ACTION NO. 16-cv-13476** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE MORGAN** |
| **BP EXPLORATION & PRODUCTION INC., et al.,** | * | |
| | * | |
| | * | **MAGISTRATE** |
| **DEFENDANTS.** | * | **JUDGE ROBY** |
| | * | |
| **Related to: B3 PLEADING BUNDLE in MDL No. 2179** | * | |
| | * | |
| | * | |

*** * * * * * * * * * * * * * * * * * * * * * * * * ***

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. will bring the attached *Daubert* Motion to Exclude the Opinions of Plaintiff's Expert Naomi Oreskes, for submission before the Honorable Susie Morgan, United States District Judge, 500 Poydras Street, New Orleans, Louisiana 70130, on December 4, 2024, at 10:00 a.m., or as soon thereafter as counsel can be heard.

Dated: November 6, 2024

Respectfully submitted,

*/s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
Charles B. Wilmore (Bar #28812)
Devin Reid (Bar #32645)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Emails: rkjarrett@liskow.com
cbwilmore@liskow.com
dcreid@liskow.com

Wade T. Howard, T.A. (Bar #32041)
**LISKOW & LEWIS**
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Email: wthoward@liskow.com

- and –

A. Katrine Jakola, P.C.
Martin L. Roth, P.C.
Kristopher Ritter
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Emails: katie.jakola@kirkland.com
rothm@kirkland.com
ritterk@kirkland.com

*Counsel for BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ R. Keith Jarrett*